B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re   Janet M. Davenport                              Case No.   18-41281-CJP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust | U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

    c/o SN Servicing Corporation
    323 5th Street, Eureka, CA 95501

Court Claim # (if known):   2-1
Amount of Claim:   $159,951.01
Date Claim Filed:   09/13/2018

Phone:   800-603-0836                                    Phone:   800-603-0836
Last Four Digits of Acct #:   7340                       Last Four Digits of Acct #:   7340

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/*Michael E. Swain, Esq.*                        Date:   May 22, 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.